# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: John and Lori Greathouse | ) | |
| | ) | Case No.: 18-81369 |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## MOTION TO VACATE ORDER OF DISMISSAL

**COME NOW** the above named debtors, by and through their attorney, Joel G. Hargis of Caddell Reynolds, and file this Motion to Vacate Order of Dismissal, and in support thereof, would show to the Court:

1. The Debtors filed a petition under chapter 13 of the bankruptcy code on December 12, 2018.

2. On January 28, 2019, the Trustee filed a Motion to Dismiss, and Notice of Motion and Hearing, Docket Entry Nos. 17 and 18, stating that the Debtors had not provided certain documents within the required ten-day period after filing the case.

3. On the date of filing, Debtors' counsel compiled a packet of documents to be sent to the Chapter 13 Trustee on behalf of the Debtors. At the 341 meeting, counsel learned that the packet incomplete and not in proper form.

4. Prior to the time of the 341 meeting, the paralegal assigned to this case was no longer employed with the firm.

5. During the period of time without a paralegal, or other support staff, the Motion to Dismiss was unfortunately not calendared on the attorney's calendar, and the case was dismissed.

6. Ultimately, counsel bears responsibility for the dismissal and states that the Debtors bear none.

7. Additionally, counsel stands ready to provide the Trustee with all documentation

required by his office immediately upon the entry of any Order Reinstating this case, and requests that this Court enter an Order vacating the Order of Dismissal.

8. The Chapter 13 Trustee has advised that does not object to the Debtors requests, herein.

**WHEREFORE**, Debtors pray that this Court enter an Order vacating the above described Order of Dismissal and reinstating the case and the automatic stay.

> Respectfully submitted,
> /s / Joel G. Hargis
> Caddell Reynolds, Law Firm
> 211 N. 2nd Street
> Rogers, AR 72756
> Phone: (479) 464-8269
> Fax: (479) 230-2002

## AFFIDAVIT OF SERVICE

I hereby certify that on the 20th day of February, 2019, a true and correct copy of this Motion and Notice of Motion was electronically transmitted to the Trustee, William Mark Bonney, and mailed to all creditors and other parties listed on the official mailing matrix and/or who have entered an appearance in this case since the case was filed.

> /s/Joel G. Hargis_____