Local Form 420A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

**IN RE: John and Lorie Greathouse**                       **Case No.: 18-81369**
                                                           **Chapter 13**

      **Debtors.**


# CERTIFICATE OF MAILING

    The undersigned does hereby certify that on <u>February 20, 2019</u>, true and correct copies of the **<u>Motion to Vacate Order of Dismissal</u>** and **<u>Notice of Motion</u>** were served via the Bankruptcy Notification Center, on the Chapter 13 Trustee, and both documents were served on the remaining interested parties via USPS mail to those listed on the official mailing matrix of this matter, a copy of which is attached hereto.

                                                    s/ Joel G. Hargis
                                                    Caddell Reynolds, Law Firm
                                                    211 N. 2nd Street
                                                    Rogers, AR 72756
                                                    Phone: (479) 464-8269
                                                    Fax: (479) 230-2002
                                                    jhargis@justicetoday.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1086-7<br>Case 18-81369<br>Eastern District of Oklahoma<br>Muskogee<br>Wed Feb 20 22:44:35 CST 2019 | Aaron's Rent, Inc<br>1015 Cobb Place Blvd<br>Kennesaw, GA 30144-3672 | Account Management Resources<br>Attn: Bankruptcy<br>Po Box 60607<br>Oklahoma City, OK 73146-0607 |
| Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205-9370 | Arm Bank<br>Po Box 435<br>Vian, OK 74962-0435 | (p)ARMSTRONG BANK<br>PO 188<br>LEGAL DEPARTMENT<br>MUSKOGEE OK 74402-0188 |
| William Mark Bonney<br>Chapter 13 Trustee Office<br>Severs Bldg 215 State St Ste 1000<br>POB 1548<br>Muskogee, OK 74402-1548 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>Po Box 9004<br>Renton, WA 98057-9004 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Cybrcollect<br>3 Easton Oval Ste 210<br>Columbus, OH 43219-6011 | FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| John Tollie Greathouse<br>18184 W. Levi Mtn. Rd.<br>Park Hill, OK 74451-2040 | Lorie Beth Greathouse<br>18184 W. Levi Mtn. Rd.<br>Park Hill, OK 74451-2040 | Joel Grant Hargis<br>Nolan, Caddell & Reynolds<br>P.O. Box 184<br>Fort Smith, AR 72902-0184 |
| Office of the United States Trustee<br>Office of the Assistant U.S. Trustee<br>224 S Boulder Ste 225<br>Tulsa, OK 74103-3026 | Oklahoma Employment Security Commission<br>Robert C. Newark, III, Attorney<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>440 S. Houston #501-B<br>Tulsa, OK 74127-8989 |
| Pacific Union Financial<br>Attn: Bankruptcy<br>1603 Lbj Freeway, Suite 500<br>Farmers Branch, TX 75234-6071 | Perfection Collection<br>Attn: Bankruptcy Department<br>313 E 1200 S, Suite 102<br>Orem, UT 84058-6910 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rose Furniture<br>1912 S Muskogee Ave.<br>Tahlequah, OK 74464-5437 | Royal Management/Your Credit<br>Attn: Bankruptcy<br>25331 Ih 10 West, Suite 101<br>San Antonio, TX 78257-9506 | Melody V. Suess<br>Assistant General Counsel<br>Oklahoma Tax Commission<br>440 S. Houston #501-B<br>Tulsa, OK 74127-8989 |
| US Department of Education<br>400 Maryland Ave. SW<br>Washington DC 20202-0001 | US Security and Exchange Commission<br>175 W. Jackson Boulevard<br>Chicago, IL 60604-2615 | United States Attorney<br>Eastern District of Oklahoma<br>520 Denison Ave.<br>Muskogee OK 74401-6007 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | Western Shamrock Corporation<br>801 South Abe Street<br>San Angelo, TX 76903-6735 |

```
Western Shamrock Corporation dba Western Fin
Bankruptcy Department
84 Villa Rd, Ste 303
Greenville, SC 29615-3013
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Armstrong Bank                                  Portfolio Recovery Associates, LLC
c/o Toni Bradley Smith, General Counsel         POB 41067
Legal Department                                Norfolk VA 23541
PO Box 188
Muskogee, OK 74402-0188
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)William Mark Bonney                          End of Label Matrix
Chapter 13 Trustee Office                       Mailable recipients    30
Severs Bldg 215 State St Ste 1000               Bypassed recipients     1
POB 1548                                        Total                  31
Muskogee, OK 74402-1548
```